United States District Court
Southern District of Texas
**ENTERED**
June 06, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CHARLOTTE MERRILL,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:21-cv-205 |
| **MITSUBISHI TANABE PHARMA AMERICA, INC.,** | § § § § | **JURY DEMANDED** |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice. Pursuant to the Stipulation, the Court hereby ORDERS:

1. All claims asserted by Plaintiff in the above-captioned lawsuit are dismissed in their entirety with prejudice to them being re-filed; and

2. Each party shall bear her or its own attorneys' fees and costs.

Signed this  6th  day of      June      , 2022.


_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE